No. 91–6955. GAUNCE v. BURGENER ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–6960. FLORIAN v. LeFEVRE, SUPERINTENDENT, FRANKLIN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–6971. SHABAZZ v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 91–6975. DAVIS v. JABE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–6976. WIDENHOUSE v. LOUISIANA. Ct. App. La., 2d Cir. Certiorari denied.

No. 91–6980. SHAW v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 91–6981. WESLEY v. REDMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–6982. WHITE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–6983. MESSER v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 91–6984. VORHAUER v. NIX ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–6985. BROOKS ET AL. v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 91–6987. ALLEYN v. WARDEN, SMITHFIELD STATE PRISON. Sup. Ct. Pa. Certiorari denied.

No. 91–6990. HARRIS v. VASQUEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 91–6994. MITCHELL v. RENFRO ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–6998. PARISEAU v. JAGO, SUPERINTENDENT, LONDON CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied.